# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/27/2015 10:24:45 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 - 15 - 00170 - CV**

Trial Court Style:_____ DONALD ROGER MILLS, ET AL VS. EOG RESOURCES, ET AL

Trial Court & County:_____ 145TH DISTRICT COURT, NACOGDOCHES COUNTY, TX

Trial Court No.:__ C1127605

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:____ 7.28.15

Anticipated Number of Pages of Record:____ 400

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:

☒    Other.  (Explain.):__ I have been working on this and three other appeals simultaneously, and I'm just not finished with this one yet.  I have put it on the back burner, so to speak, awaiting clarification from the visiting trial judge on an issue regarding the exhibits.  Unfortunately, he is out of pocket until sometime in September.  If I could have an additional 30 days, I am hopeful he will be back in a place where he is able to return my email.  In addition, that will give me time to finish preparing the rest of the record.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by ____ 8.28.15 ___, and **I hereby request an additional ____30____ days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

7.27.15

/s/Candace A. Parke

Date                                Signature

  936.560.7797                      Candace A. Parke

Office Phone Number                 Printed Name

  cparke@co.nacogdoches.tx.us     Official     Reporter,     145th     District     Court
E-mail Address (if available)       Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> *Certificate requirements.* A certificate of service must be signed by the person who made the service
> and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name: Richard L. Merrill                    Name:        William A. Guidry

Address: 12 Greenway Plaza, Suite 101       Address:    P. O. Box 631178

Houston, Texas  77046                       Nacogdoches, Texas   75963-1178

Phone no.: 713.961.1408                     Phone No. 936.560.6954

Attorney for: Parrish Testamentary Trust    Attorney for:   Donald Roger Mills, et al

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name: Berry D. Bowen                        Name:

Address: 3014 Brazos Street                 Address:

Houston, Texas 77006

Phone no.: 713.521.3525                     Phone no.:

Attorney for:                               Attorney for:

Additional                information,                if                any: